UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **MICHAEL CORNILLIUS LESLIE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 7:14-cv-02454-RDP-SGC |
| | ) |
| **RETA McKANNAN,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge filed a Report and Recommendation on May 22, 2015 recommending the federal claims in this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim on which relief may be granted. (Doc. 9). The Magistrate Judge further recommended any state law claims asserted in the Complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). (*Id.*). Plaintiff was advised of his right to file specific written objections to the Report and Recommendation within fourteen days from the date of its entry. (*Id.*). Plaintiff filed no objections within the time prescribed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion the Magistrate Judge's Report is due to be and hereby is **ADOPTED** and her recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), the federal claims in this action are due to be dismissed without prejudice for failing to state a claim on which relief may be granted. Additionally, any state law claims asserted in the Complaint are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). A final judgment will be entered contemporaneously herewith.

**DONE** and **ORDERED** this     15th     day of June, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

2